**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 21, 2019

VIA ECF
Hon. Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601-4150

**MEMO ENDORSED**

Re:   *Markota, et al. v. Nielsen, et al.*, No. 18 Civ. 11081 (KMK)

Dear Judge Karas:

On behalf of the government, I write respectfully to request an extension of time of 30 days—from February 25, 2019 to March 27, 2019—to respond to the complaint in the above-referenced matter. This is the government's first request for an extension of time, and the plaintiffs' lawyer consents.

This is a mandamus action in which plaintiffs seek an order compelling the adjudication of plaintiff Jack Buckby's ("Buckby") visa application. Buckby applied for a B tourist visa in March 2017 and was refused under the Immigration and Nationality Act ("INA") section 221(g). Buckby applied for an I journalist visa in November 2018 and was also refused under INA section 221(g). On November 29, 2018, plaintiffs filed this lawsuit; the government's response is due on February 25, 2019. Nonetheless, as of this date, I have been informed by the Department of State that the consular officer expects to further adjudicate these visa applications in the next two weeks. As a result, the government anticipates that the requested extension will provide adequate time for the relief sought in this complaint, *i.e.*, adjudication of Buckby's visa application.

I thank the Court for its consideration of this request.

Granted. 2/22/2019

SO ORDERED
_____
KENNETH M. KARAS U.S.D.J.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney
Southern District of New York

By:   *s/ JOSHUA E. KAHANE*
JOSHUA E. KAHANE
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2699
E-mail: joshua.kahane@usdoj.gov

cc: Nicklaus Misiti, Esq. (via ECF)